# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)**: 23-55130

**Case Name**: Ok Hee Park v. AXA Equitable Life Insurance Company, et al.

**Requesting Party Name(s)**: Ok Hee Park

**I am**:
- ○ The party requesting the extension.
- ⦿ Counsel for the party or parties requesting the extension.

**I request an extension of time to file a**:
- ☒ Brief (*you must also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☐ Other (*you must describe the document*)

**The requested new due date is**: December 19, 2025

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

Declarant, who is heavily involved in the drafting of the brief, is on prepaid, nonrefundable, trips between November 22nd and 29th, and December 2nd and 7th. Declarant will be out of the country on December 5, 2025, the current date the brief is due.

**Signature**: s/Sarah Ball  **Date**: Nov 5, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 14**      1      *New 12/01/2018*

## Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

    This motion is my [ ] request.
    *(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: [ ].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [ ]    **Date** [ ]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**      2      *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [Reply] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: December 5, 2025

3. The brief's first due date was: November 5, 2025

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   In addition to the reasons stated above, since October 26, 2025, Declarant has been the sole caretaker for a sick relative who resides in another state, and is uncertain as to when she will no longer need to provide care for this relative, and will be able to dedicate her full capacity to her work duties.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** s/Sarah Ball   **Date** Nov 5, 2025
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov